FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

11/19/09

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

DEWAYNE MIDDLEBROOKS
KEVIN MERRITT

CASE NO. 3:09-cr-365-J-34MCR
Ct. 1: 21 U.S.C. §§ 841(a)(1),
841(b)(1)(B), &
18 U.S.C. § 2
Forfeiture: 21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 4, 2009, in Duval County, in the Middle District of Florida,

**DEWAYNE MIDDLEBROOKS,
KEVIN MERRITT,**

the defendants herein, did knowingly, willfully, and intentionally possess, cause to be possessed and aid and abet in the possession with intent to distribute, cocaine, a Schedule II controlled substance, the amount of cocaine being five hundred (500) grams or more.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

### FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendants

**DEWAYNE MIDDLEBROOKS,**
**KEVIN MERRITT,**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
JAY TAYLOR
Assistant United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

DEWAYNE MIDDLEBROOKS
KEVIN MERRITT

## INDICTMENT

Violations:

Ct. 1:   21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 19th day

of November, 2009.

_Marie S. Perry, Deputy Clerk_
Clerk

Bail  $_____

GPO 863 525